UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH GRIFFIN,

    Plaintiff,                              CASE NO.: 4:12cv51-RH/WCS

v.

CITY OF TALLAHASSEE, a Florida municipality,
LAWANA WASHINGTON, CAROLINE
CARPENTIERI, and REBECCA BLIZZARD,
Individually,

    Defendants.
_____/

## NOTICE OF TRIAL CONFLICT

Defendants, the City of Tallahassee, Lawana Washington, Caroline Carpentieri and Rebecca Blizzard, by and through their undersigned counsel hereby file a Notice of Trial Conflict and state as follows:

1.    On March 27, 2012 a Scheduling and Mediation Order was received by this office in the above matter.

2.    In its Order, the Court scheduled trial for the two week trial period beginning Tuesday, September 4, 2012.

3.    The undersigned is currently scheduled to try another matter David Palmer v. City of Tallahassee and Holly Lofland, Case Number 4:11cv484-RH-WCS during that same two week trial period.

WHEREFORE, for the foregoing reason, the Defendants file this Notice of Trial Conflict and respectfully request the Court to reschedule this trial for another two week trial period.

Respectfully submitted,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail via CM/ECF to James C. Cook on this 3rd day of April 2012.

s/Billy J. Hendrix
BILLY J. HENDRIX
Fla. Bar #849529
Assistant City Attorney
300 S. Adams Street, Box A-5
Tallahassee, Florida 32301
(850) 891-8554
Fax (850) 891-8973

Attorneys for City of Tallahassee,
Lawana Washington, Caroline Carpentieri,
and Rebecca Blizzard